Hon. M. Warley Platzek, official referee.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FREDERICK W. KAUTZMANN.— Preference granted for May 18, 1927.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GIUSEPPE WEBBER v. AMERICAN UNION BANK, Formerly Known as THE JOHN NEMETH STATE BANK.— Preference granted for May 17, 1927.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TYLER HILL CORPORATION v. MARTHA WILLE.— Preference granted for June 7, 1927; cross-motion to strike out affidavit denied.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IDA O. CWERDINSKI v. THE CITY OF NEW YORK.— Preference granted for May 17, 1927.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ZORA REALTY COMPANY and Others, Defendants.   ELIZABETH J. Cox and Others, Respondents.— Preference granted for May 18, 1927.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TIMOTHY O'KEEFE v. CHARLES E. CHALMERS, as Receiver, etc.— Motion to dismiss appeal denied, and the time of appellant to serve and file appellant's points extended to and including May 17, 1927.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE GRAHAM RICE, etc., and Others.— Preference granted for June 7, 1927.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JULIUS BLUMBERG and Another, Copartners, etc., Appellants, v. ISIDORE STERN, Defendant, Impleaded with ALEX JUNGREIS, Respondent.— Order modified as indicated in order and as so modified affirmed, without costs.   The bill of particulars to be served within ten days from service of order.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNA TULLY, Appellant, v. DONNA GLOVER MACDONOUGH, Respondent.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant; and upon defendant's failure to comply with any of the provisions thereof, the order appealed from is reversed, with ten dollars costs and disbursements to appellant, and the motion denied, with ten dollars costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TITLE GUARANTEE AND TRUST COMPANY, Appellant, v. BESSIE B. GREEN and Others, as Executors, etc., of WILLIAM GREEN, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN S. KEDROVSKY, Individually and on Behalf of All Others Similarly Situated, etc., Appellant, Respondent, v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and Others, Defendants. MERRILL E. GATES, JR., Receiver, Appellant; BLACKWELL BROTHERS, pro se and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements to the respondents against the plaintiff, appellant.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN S. KEDROVSKY, Individually and on Behalf of All Others Similarly Situated,